IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:15-cv-505-D

| | |
|---|---|
| MATRIX FINANCIAL SERVICES CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES MOSELEY, SR., ANGELA WILSON, MICHAEL A. WILSON, and the UNITED STATES DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE<br><br>　　　　　　　　　　Defendants. | **ENTRY OF DEFAULT AGAINST DEFENDANT JAMES MOSELEY, SR., ANGELA WILSON, AND MICHAEL A. WILSON** |

This matter comes before the clerk on Plaintiff's Motion for Entry of Default against Defendants James Moseley, Sr., Angela Wilson, and Michael A. Wilson, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Based upon the Motion and other matters of record, Defendants James Moseley, Sr., Angela Wilson, and Michael A. Wilson have failed to appear, answer, plead, or otherwise defend this action within the time allowed, and therefore default is entered against this Defendant.

IT IS THEREFORE **ORDERED** that Plaintiff's Motion for Entry of Default against Defendants James Moseley, Sr., Angela Wilson, and Michael A. Wilson is GRANTED, and an Entry of Default be made against Defendants James Moseley, Sr., Angela Wilson, and Michael A. Wilson pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

This 7th day of June, 2016.

                                                          _____
                                                          Julie Richards Johnston
                                                          Clerk of Court