IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CV-505-D

MATRIX FINANCIAL SERVICES )
CORPORATION, )
 )
    Plaintiff, )
 )    ORDER
    v. )
 )
JAMES MOSELEY, SR., ET AL., )
 )
    Defendants. )

For good cause having been shown upon Defendant's motion to stay the Court's June 7, 2016, order for a discovery plan, it is hereby

ORDERED that the Court's order for a discovery plan is stayed until further notice from the Court.

So ORDERED. This **21** day of June, 2016.

                                     /s/ James Dever
                                     JAMES C. DEVER III
                                     Chief United States District Judge

1