IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:15-cv-505-D

| | |
|---|---|
| MATRIX FINANCIAL SERVICES CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MOSELEY, SR., ANGELA WILSON, MICHAEL A. WILSON, and the UNITED STATES DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE<br><br>Defendants. | **ORDER SUBSTITUTING LAKEVIEW LOAN SERVICING, LLC AS PLAINTIFF** |

This matter comes before the Court on Plaintiff's Motion to Substitute Plaintiff pursuant to Rules 15, 17, and 25 of the Federal Rules of Civil Procedure, to substitute Lakeview Loan Servicing, LLC as the Plaintiff in the instant action.

Based upon a review of the motion and other matters of record in this case, including but not limited to the Transfer and Assignment from Matrix Financial Services Corporation to Lakeview Loan Servicing, LLC, recorded on October 26, 2016 in Book 1616, Page 668 of the Granville County Registry, this Court finds and concludes that there is good cause to allow Plaintiff's Motion. Accordingly, Lakeview Loan Servicing, LLC is the real party in interest and should be substituted as the Plaintiff in this action.

Therefore, it is ORDERED, ADJUDGED, AND DECLARED that Lakeview Loan Servicing, LLC is added and substituted for Matrix Financial Services Corporation as the Plaintiff in the instant action, Matrix Financial Services Corporation is removed as a Plaintiff in this matter,

and the caption of this action shall be changed to *Lakeview Loan Servicing, LLC, Plaintiff, vs. James Moseley, Sr., Angela Wilson, Michael A. Wilson, and The United States Department of Treasury, Internal Revenue Service, Defendants.*

So ORDERED.

This the 14 day of December, 2016.

THE HONORABLE JAMES C. DEVER III
Chief United States District Court Judge

2